UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60220-CIV-DIMITROULEAS

MANHATTAN LEASING ENTERPRISES, LTD.,
as assignee of Elegante Leasing, Ltd.,

    Plaintiff,

vs.

SHAWN NELSON, an individual,
and LOUIS MARTIN BLAZER, III,
an individual,

    Defendants.
_____/

## FINAL JUDGMENT

THIS CAUSE is before the Court upon Plaintiff Manhattan Leasing Enterprises, Ltd.'s Motion for Final Default Judgment [DE 19], filed herein on April 2, 2012.  The Court has carefully considered the Motion and is otherwise fully advised in the premises.  The Court granted the Motion in an Order entered separately today.  Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate final judgment.

Accordingly, for good cause shown, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Plaintiff Manhattan Leasing Enterprises, Ltd.'s Motion for Final Default Judgment [DE 19] is hereby **GRANTED**;

2. A Final Default Judgment is hereby entered in favor of Plaintiff Manhattan Leasing Enterprises, Ltd., and against Defendants Shawn Nelson and Louis Martin Blazer, III, in the amount of Ninety-Seven Thousand Sixty-Six Dollars and

    Eighty-Four Cents ($97,066.84), which shall accrue post-judgment interest at the statutory rate from the date of this Judgment;

 3. The Clerk is hereby instructed to **CLOSE** this case and **DENY** any pending motions as moot.

 **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 17th day of April, 2012.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record

Shawn Nelson
1327 E. Tiffanie Street
Gonzales, LA 70737

Louis Martin Blazer, III
2000 E. Carson Street
Third Floor
Pittsburgh, PA 15203