UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:12-CV-60220-WPD

MANHATTAN LEASING ENTERPRISES, LTD.,
as assignee of Elegante Leasing, Ltd.,

    Plaintiff,

v.

SHAWN NELSON, an individual,
and LOUIS MARTIN BLAZER, III,
an individual,

    Defendants.
_____/

**PLAINTIFF'S RENEWED MOTION TO COMPEL DEFENDANT TO RESPOND TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION IN AID OF EXECUTION, FOR CONTEMPT AND FOR SANCTIONS**

    Plaintiff, MANHATTAN LEASING ENTERPRISES, LTD., by and through its undersigned counsel and pursuant to Fed.R.Civ.P. 4.1 and 37, hereby files this Renewed Motion to Compel Defendant, LOUIS MARTIN BLAZER, III, to respond to Plaintiff's First Request for Production in Aid of Execution, for Contempt and for Sanctions, and as grounds thereof states as follows:

    1.    On May 9, 2012, Plaintiff served Defendant, LOUIS MARTIN BLAZER, III (hereinafter "BLAZER"), Plaintiff's First Request for Production to Defendant in Aid of Execution, which required a response no later than June 13, 2012. See Plaintiff's First Request for Production to Defendant in Aid of Execution, attached hereto as Exhibit "A".

    2.    BLAZER failed to respond to Plaintiff's First Request for Production to Defendant in Aid of Execution.

1

3. Federal Rule of Civil Procedure 37(a)(5)(A), which pertains in part to the filing of this Motion to Compel, provides that "[i]f the motion is granted or if the disclosure or requested discovery is provided after the motion was filed, the court must, after affording an opportunity to be heard, require the party…to pay the moving party the reasonable expenses incurred in making the motion, including attorney's fees."

4. Furthermore, Fed.R.Civ.P. 37(d)(3), which pertains in part to a party's failure to respond to a request for inspection, provides that the Court can impose sanctions on a party for failure to appear at a duly noticed deposition, which can include "treating [the failure] as contempt of court".

5. Federal Rule of Civil Procedure 4.1(b), states that an "order of civil commitment of a person held to be in contempt…may be served and enforced in any district."

6. Prior to filing this Motion and pursuant to Local Rule 7.1(a)(3), the undersigned has made a reasonable effort, in writing, to confer with BLAZER but has received no response to the letter sent nor has BLAZER responded to the Request at issue. <u>See</u> letter from Graner & Platzek, P.A., dated December 26, 2012 to Defendant, BLAZER, attached hereto as Exhibit "B".

7. Plaintiff has incurred costs and attorneys' fees associated with Defendants' failure to respond to Plaintiff's First Request for Production to Defendant in Aid of Execution, including costs and fees incurred in filing this Motion in an amount not less than $500.00.

WHEREFORE, Plaintiff, MANHATTAN LEASING ENTERPRISES, LTD., respectfully requests that this Court enter an Order compelling Defendant, LOUIS MARTIN BLAZER, III, to respond to Plaintiff's First Request for Production to Defendant in Aid of Execution within twenty (20) days of such Order and a Order of Civil Commitment should Defendants fail to provide a response, pursuant to Rule 4.1, as well as awarding Plaintiff its

attorneys' fees and costs incurred as a result of Defendants' failure to respond to Plaintiff's Request for Production, pursuant to Fed.R.Civ.P. 37, and for any other relief that this Court deems just and proper.

                                  **GRANER & PLATZEK, P.A.**

By:    /s/ Steven K. Platzek
        Steven K. Platzek (0895741)
        skp@granerlaw.com
        720 E. Palmetto Park Road
        Boca Raton, FL 33432
        (561) 750-2445 [Office]
        (561) 750-2446 [Facsimile]

*Attorneys for Plaintiff, Manhattan Leasing Enterprises, Ltd.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 9, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day to all parties noted on the attached Service List.

**GRANER & PLATZEK, P.A.**

By: /s/ Steven K. Platzek
Steven K. Platzek, Esq. (895741)
skp@granerlaw.com
720 E. Palmetto Park Road
Boca Raton, Florida 33432
(561) 750-2445 Telephone
(561) 750-2446 Facsimile

*Attorneys for Plaintiff, Manhattan Leasing Enterprises, Ltd.*

## SERVICE LIST

*Manhattan Leasing Enterprises, Ltd. v. Shawn Nelson, et al.*
Case No: 0:12-CV-60220-WPD

Shawn Nelson
1327 E. Tiffanie Street
Gonzales, LA 70737
*Defendant*
*Via U.S. Mail*

Louis Martin Blazer, III
2000 E. Carson Street
Third Floor
Pittsburgh, PA 15203
*Defendant*
*Via U.S. Mail*