EXHIBIT "B"

DOUGLAS S. ALLISON, ESQUIRE

ROBERT B. GERTZMAN, ESQUIRE

THOMAS U. GRANER, ESQUIRE

STEVEN K. PLATZEK, ESQUIRE

**Graner & Platzek, P.A.**
ATTORNEYS AT LAW

720 E. PALMETTO PARK ROAD
BOCA RATON, FLORIDA 33432

TELEPHONE (561) 750-2445
FACSIMILE (561) 750-2446
WWW.GRANERLAW.COM

December 26, 2012

*Via Regular and Certified U.S. Mail*
*Return Receipt Requested*
Mr. Louis Martin Blazer, III
2000 E. Carson Street
Third Floor
Pittsburgh, PA 15203

Re:   *Manhattan Leasing Enterprises, Ltd. v. Shawn Nelson, et al.*
       Case No. 0:12-CV-60220-WPD

Dear Mr. Blazer:

On May 9, 2012, our office forwarded to you Plaintiff's First Request for Production to Defendant in Aid of Execution (I have enclosed another copy of said Request for your review and response) in connection with the Judgment issued against you on April 18, 2012. To date, we have still not received a response to said Request. Please allow this letter to serve as our good faith attempt to resolve the issue. Please respond to said discovery Request **no later than January 7, 2013**, otherwise we will have no choice but to seek further relief from Court, which could include sanctions for attorney's fees, as well civil commitment.

If you have any questions, with regard to the foregoing, please do not hesitate to contact me.

Sincerely,

Steven K. Platzek

SKP:sic
Enclosure