UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60220-CIV-DIMITROULEAS/Snow

MANHATTAN LEASING ENTERPRISES, LTD.,
as assignee of Elegante Leasing, Ltd.,

       Plaintiff,

vs.

SHAWN NELSON, an individual, and
LOUIS MARTIN BLAZER, III, an individual,

       Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on the Plaintiff's Renewed Motion to Compel Defendant to Respond to Plaintiff's First Request for Production in Aid of Execution, for Contempt and for Sanctions. (DE 33) The Defendant, Louis Martin Blazer, III has not filed a response to the motion as of the date of this order.

Except in certain circumstances not present here, S.D. Fla. L.R. 7.1(c) requires each party opposing a motion to file an opposing memorandum of law no later than fourteen (14) days after service of the motion. Failure to file a response required under Local Rule 7.1(c) "may be deemed sufficient cause for granting the motion by default." *Id.* In the instant case, the time period for responding to the motion has passed and Defendant has failed to file a response to the motion as required. Accordingly, it is hereby

ORDERED AND ADJUDGED that Plaintiff's Renewed Motion to Compel Defendant to Respond to Plaintiff's First Request for Production in Aid of Execution, for Contempt and for Sanctions (DE 33) is GRANTED BY DEFAULT, pursuant to and in accordance with Local Rule 7.1(c).  The Defendant, Louis Martin Blazer, III shall have up to and including February 19, 2013, within which to respond to Plaintiff's First Request for Production.  Failure to comply with this order may result in the imposition of sanctions.

DONE AND ORDERED at Fort Lauderdale, Florida, this 1st day of February, 2013.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record

Louis Martin Blazer, III (via U.S. Mail)
2000 E. Carson Street
Third Floor
Pittsburgh, PA 15203

Shawn Nelson (via U.S. Mail)
1327 E. Tiffanie Street
Gonzalez, LA 70737